[No. 20746-0-II.    Division Two.    July 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX D. BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-8-01439-8, Scott Neilson, J. Pro Tem., entered April 22, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 34449-8-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK ROBERT BROOKSHIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05571-1, John M. Darrah, J., entered April 13, 1994. *Reversed* by unpublished per curiam opinion.

[No. 34852-3-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY DEFROE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03699-8, Bobbe J. Bridge, J., entered June 30, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Cox, JJ.

[No. 36141-4-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIN LISA MARIE CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03602-5, Ricardo S. Martinez, J., entered January 24, 1995. *Reversed* by unpublished per curiam opinion.